**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAREES HASAN BEYAH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>　　　　　Respondent. | ) NO. CV 09-6144-PSG (SS)<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>) |

　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 1/4/11

　　　　　　　　　　　　　　　　**PHILIP S. GUTIERREZ**
　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE